FILED US District Court-UT
OCT 22 '20 PM03:29

JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS: |
| vs. | Count I: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm |
| ERIC LEE WOOD, | |
| Defendant. | Count II: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm |

Case: 2:20-cr-00354
Assigned To : Shelby, Robert J.
Assign. Date : 10/22/2020
Description:

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about August 6, 2020, in the District of Utah,

ERIC LEE WOOD,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a SAR 9 9mm semi-automatic pistol, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is he falsely answered "no" on ATF form

4473 asking whether he had ever been convicted of a felony, when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

## COUNT II
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about August 6, 2020, in the District of Utah,

ERIC LEE WOOD,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a SAR 9 9mm semi-automatic pistol, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, that is he falsely answered "no" on ATF form 4473 asking whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, when, as he then knew, the answer was untrue; all in violation of 18 U.S.C. § 922(a)(6).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
Sam Pead
Assistant United States Attorney